# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SABRINA CARR,<br><br>Defendant. | CASE NO. **1122CR 011**<br><br>JUDGE J. McFARLAND<br><br>INDICTMENT<br><br>18 U. S. C. § 1014<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (False Statement on a Loan and Credit Application)

On or about June 22, 2020, through June 25, 2020, in the Southern District of Ohio and elsewhere, the defendant, **SABRINA CARR**, knowingly made, and caused to be made, a false statement or report to the Small Business Administration, for the purpose of influencing the action of the Small Business Administration in connection with a loan program administered pursuant to a provision of the Small Business Act, that is, the defendant submitted an application for an Economic Injury Disaster Loan that contained false information, in that the defendant claimed to own a sole proprietorship in the medical services field in Ohio with 9 employees and gross annual revenues of $256,000, but the defendant well knew that the representations were false. The defendant received disbursements of approximately $88,900 from the EIDL program after her application was submitted.

**In violation of 18 U.S.C. § 1014.**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **SABRINA CARR**, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such violation(s), including but not limited to:

a. A sum of money in the amount of at least $88,900, which represents the amount of proceeds the defendant obtained as a result of the offense(s).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

/S/
_____
FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
TIMOTHY S. MANGAN
ASSISTANT UNITED STATES ATTORNEY

2